**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DAVID JONES and SUSAN JONES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **01-CV-2845-TWT** |
| | ) | |
| **INFOCURE CORPORATION, a Delaware corporation d/b/a Vital Works, INFOCURE SYSTEMS, INC., a Georgia corporation, RICHARD E. PERLMAN, JAMES K. PRICE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONSENT ORDER EXTENDING PAGE LIMITS**
**FOR SUMMARY JUDGMENT BRIEFS**

It having come before the Court on the parties' Consent Motion For Extension of Page Limits for Summary Judgment and Related Briefs and for Extension of Briefing Schedule and good cause appearing therefor, it is hereby ORDERED as follows:

(1) That the page limit for briefs in support of or in response to any motions for summary judgment be extended to seventy-five (75) pages and that the page limit for reply briefs be extended to thirty (30) pages.

(2) That the page limit for briefs in support of or in response to InfoCure Corporation's Motion to Exclude the Testimony of Richard Millman be extended to thirty (30) pages.

(3) That the briefing schedule applicable to each of the above-referenced motions be extended as follows:

(a) the time in which responsive briefs may be filed shall be extended twenty (20) days to January 31, 2005;

(b) the time in which reply briefs may be filed be shall be extended ten (10) days to February 22, 2005.

SO ORDERED, this 17th day of December, 2004.

/s/Thomas W. Thrash
Hon. Thomas W. Thrash
United States District Judge