IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID JONES and SUSAN JONES, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 01-CV-2845-TWT |
| | : | |
| INFOCURE CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

MOTION OF DEFENDANTS INFOCURE
CORPORATION AND INFOCURE SYSTEMS, INC. TO
EXCLUDE EXPERT TESTIMONY OF RICHARD MILLMAN

COME NOW Defendants, InfoCure Corporation and InfoCure Systems, Inc. (collectively "InfoCure"), by and through their undersigned counsel of record, and hereby move this Court for exclusion of the expert testimony of Richard Millman. A Brief In Support of the Motion to Exclude the Expert Testimony of Richard Millman is filed simultaneously with this motion and incorporated herein by reference.

This case arises out of a Merger Agreement executed by PRISM Data Systems, Inc. ("PRISM"), the Plaintiffs' company, and InfoCure on December 28, 1999. As part of the merger, the Plaintiffs exchanged their shares in PRISM for shares in InfoCure, a publicly-traded company. The essence of Plaintiffs' Second Amended

Complaint ("SAC") is the contention that InfoCure's stock price was artificially inflated on the date of the merger due to InfoCure's intentional misrepresentation or omission of certain negative information. As a result, the Plaintiffs allege they were damaged when the information became known causing the price of the stock to decline.

The Plaintiffs testified in their depositions that are unable to quantify their damages. As a result, they retained Mr. Millman, a certified public accountant, to quantify their damages and rely exclusively on him to prove their damages. In order to prove the Plaintiffs' damages, Mr. Millman was required to analyze whether the alleged misrepresentations or omissions caused the stock price to decline and, if so, by how much. Mr. Millman failed to conduct this analysis in any way. Instead, he opines that, simply because the stock price declined after the merger agreement, the Plaintiffs were damaged. He did not attempt to isolate the portion of the decline related to the alleged misrepresentations and omissions from other factors which may have impacted the stock price. He conceded in his deposition that he did not do this analysis, indeed testifying it was not required. As explained further in the brief in support of this motion, Mr. Millman was not qualified to do the necessary analysis and, in fact, has not done one in 35 years.

Further, even if Mr. Millman is permitted to testify, he limited his report and testimony to the Plaintiffs' allegations dealing with what the Plaintiffs have identified in their SAC as "InfoCure's Adoption of the ASP Subscription Pricing Model" (¶¶ 38-50). He did not consider the factual allegations in the sections of the SAC regarding Healtheon/Web M.D. (SAC, ¶ 31), the "Datamedic Transaction" (¶¶ 51-57), the "Failures to Register Stocks Issued in Connection With Other 1999 Acquisitions" (¶¶ 58-70), "Defendants' Other Deceptions" (¶ 71) and "InfoCure's Theft" (¶¶ 80-81). As a result, Mr. Millman may not testify that his damages calculation relates to these allegations. Moreover, because the Plaintiffs have no evidence of how their damages related to these allegations, InfoCure is entitled to summary judgment on all claims to the extent they rely on them.

Respectfully submitted this 20th day of December, 2004.

PHEARS & MOLDOVAN

**/s Victor Moldovan, Esq.**
Georgia Bar No. 515468
Joseph Coomes
Georgia Bar No. 184999
Attorneys for

4725 Peachtree Corners Circle
Suite 375
Norcross, Georgia 30092
Tel. 770.446.2116
Fax. 770.263.6715
email: vmoldovan@pmlawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day electronically filed *Motion of Defendants InfoCure Corporation and InfoCure Systems, Inc. To Exclude Expert Testimony of Richard Millman* with the Clerk of Court using CM/EDF system.

This 20th day of December, 2004.

**/s Joseph Coomes, Esq.**
Georgia Bar No. 184999

PHEARS & MOLDOVAN
Suite 375
4725 Peachtree Corners Circle
Norcross, Georgia 30092
T: 770/446-2116
F: 770/263-6715
Email: jcoomes@pmlawfirm.com